IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01278-PSF-BNB

DAVID B. FRIEDEL,

Plaintiff,

v.

MOUNTAIN VIEW FIRE PROTECTION DISTRICT,
JOHN I. DEVLIN, in his individual capacity, and
JOHN DEVLIN, MVFPD Fire Chief, in his official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

With the consent of the parties,

IT IS ORDERED that the **Plaintiff's Unopposed Motion to Amend Caption** [Doc. # 14, filed 8/16/2006] is DENIED WITHOUT PREJUDICE.

DATED:  August 23, 2006