IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01278-PSF-BNB

DAVID B. FRIEDEL,

Plaintiff,

v.

MOUNTAIN VIEW FIRE PROTECTION DISTRICT, and
JOHN DEVLIN, MVFPD Fire Chief, in his individual and official capacity,

Defendants.
_____

## ORDER
_____

This matter is before me on the **Plaintiff's Unopposed Motion to Amend Caption and File Second Amended Complaint** [Doc. # 24, filed 10/3/2006] (the "Motion"). The Motion is not opposed.

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the *Second Amended Complaint and Jury Demand* [Doc. # 24-2], submitted with the Motion. The case caption is modified as indicate above.

Dated October 4, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge