IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01278-PSF-BNB

DAVID B. FRIEDEL,

Plaintiff,

v.

MOUNTAIN VIEW FIRE PROTECTION DISTRICT, and
JOHN DEVLIN, MVFPD Fire Chief, in his individual and official capacity,

Defendants.

_____

### ORDER
_____

The parties appeared this afternoon for a final pretrial conference.  The proposed pretrial

order was refused for the reasons stated on the record.  Consistent with matters discussed at the

pretrial conference today:

IT IS ORDERED that the parties shall exchange exhibits on or before **March 26, 2007**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for

**April 18, 2007, at 9:00 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado**.**  The parties shall submit a revised proposed final

pretrial order, modified as discussed today, on or before **April 16, 2007**.

Dated March 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge