IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01278-PSF-BNB

DAVID B. FRIEDEL,

Plaintiff,

v.

MOUNTAIN VIEW FIRE PROTECTION DISTRICT, and
JOHN DEVLIN, MVFPD Fire Chief, in his individual and official capacity,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants' Motion to Strike Plaintiff's Fed. R. Civ. P. 26(a)(2) Disclosure** [Doc. # 63, filed 5/21/2007] (the "Motion to Strike"). I held a hearing on the Motion to Strike this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Strike is DENIED.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

> **Discovery Cut-Off (solely to allow the deposition of Kevin Crawford and any defense expert offered to rebut the opinions of Mr. Crawford):**
> **August 24, 2007**
>
> **Expert Disclosures:**
>
>> The defendants shall designate any expert rebutting the opinions of Kevin Crawford and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 20, 2007**

IT IS FURTHER ORDERED that the Motion to Strike is DENIED without prejudice insofar as it raises Rule 702 and <u>Daubert</u> issues.  Any renewed motion to exclude the testimony of Kevin Crawford based on Rule 702 and <u>Daubert</u> shall be filed, if at all, on or before **September 14, 2007**.

Dated June 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge