IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01278-PSF-BNB

DAVID B. FRIEDEL,

Plaintiff,

v.

MOUNTAIN VIEW FIRE PROTECTION DISTRICT, and
JOHN DEVLIN, MVFPD Fire Chief, in his individual and official capacity,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Unopposed Motion for Telephone Testimony** [Doc. # 89, filed 12/13/2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Chief Kevin Crawford may testify at the hearing on January 8, 2008, by telephone.

Dated December 17, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge