IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06-cv-01278-EWN-BNB

DAVID B. FRIEDEL,

    Plaintiff,

v.

MOUNTAIN VIEW FIRE PROTECTION DISTRICT; and
JOHN DEVLIN, MVFPD Fire Chief in his Individual and official capacity,

    Defendants.

## ORDER OF DISMISSAL

On February 14, 2008, the Court entered an order [Doc. # 97] granting Defendants' Motion for Summary Judgment, dismissing plaintiff's claims with prejudice, and allowing defendants to have their costs by filing a bill of costs within eleven days of the date of the order. On February 25, 2008, the parties filed a Stipulation for Dismissal with Prejudice [Doc. # 100], stating that they stipulated to the dismissal of this action with each party to pay his or its own costs and attorney's fees. In light of the stipulation, Defendants' Unopposed Motion for Entry of Order for Dismissal with Prejudice [Doc. # 101] is GRANTED. It is ORDERED that this action is DISMISSED with prejudice, each party to pay his or its own costs and attorney's fees.

    DATED: April 10, 2008

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      Edward W. Nottingham
                                      Chief United States District Judge